1  LAMKIN IP DEFENSE
   Rachael D. Lamkin (246066)
2  One Harbor Drive, Suite 304
   Sausalito, CA 94965
3  916.747.6091
   RDL@LamkinIPDefense.com
4  
   *Attorney for Defendant*
5  *Garmin International, Inc.*

6  **UNITED STATES DISTRICT COURT**

7  **CENTRAL DISTRICT OF CALIFORNIA**

8  
9  Philips North America, LLC,              )   Case No.  2:19-cv-06301-AB (KSx)
                                             )
10               Plaintiff,                  )   **L.R. 7.1-1 NOTICE OF**
                                             )   **INTERESTED PARTIES**
11       v.                                  )
                                             )
12                                           )
                                             )
13  Garmin International, Inc., Garmin USA,  )
14  and Garmin LTD                           )
                                             )
15               Defendants.                 )
16                                           )

17  
18  **L.R. 7.1-1 NOTICE OF INTERESTED PARTIES**

19       Pursuant to Civil L.R. 7.1-1, the undersigned, counsel of record for Garmin
20  International, Inc. certifies that the following listed party (or parties) may have a
21  pecuniary interest in the outcome of this case. These representations are made to
22  enable the Court to evaluate possible disqualification or recusal.

23  

| **PARTY** | **INTEREST** |
|---|---|
| GARMIN INTERNATIONAL, INC., a Kansas corporation | Defendant and Counter-Claimant; wholly owned subsidiary of Garmin Ltd., a Swiss corporation. |

28

| | |
|---|---|
| GARMIN USA, INC., a Kansas corporation | Defendant and Counter-Claimant; wholly owned subsidiary of Garmin International, Inc. |

August 7, 2019  Respectfully submitted

*Rachael D. Lamkin*

Rachael D. Lamkin

*Attorney for Defendant*

## L.R. 7.1-1 NOTICE OF INTERESTED PARTIES

On this date, August 7, 2019, Defendant Garmin International, Inc.'s LR 7.1-1 NOTICE was served upon Plaintiff using the Court's ECF system.

*Rachael D. Lamkin*

Rachael D. Lamkin