JEAN-PAUL CIARDULLO, CA Bar No. 284170
  jciardullo@foley.com
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3300
Los Angeles, CA 90071
Telephone: 213-972-4500
Facsimile: 213-486-0065

ELEY O. THOMPSON (*pro hac vice*)
  ethompson@foley.com
FOLEY & LARDNER LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60654-5313
Telephone: 312-832-4359
Facsimile: 312-83204700

RUBEN J. RODRIGUES (*pro hac vice*)
  rrodrigues@foley.com
LUCAS I. SILVA (*pro hac vice*)
  lsilva@foley.com
JOHN W. CUSTER (*pro hac vice*)
  jcuster@foley.com
FOLEY & LARDNER LLP
111 Huntington Avenue, Suite 2500
Boston, MA 02199-7610
Telephone: (617) 342-4000
Facsimile: (617) 342-4001

*Attorneys for Plaintiff*
*Philips North America LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| Philips North America LLC,<br><br>            *Plaintiff*,<br><br>    vs.<br><br>Garmin International, Inc. and Garmin Ltd.,<br><br>            *Defendants*. | Case No. 2:19-cv-06301-AB-KS<br><br>**JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER**<br><br>Hon. André Birotte Jr. |

Plaintiff Philips North America LLC ("Philips") and Defendants Garmin International, Inc. and Garmin Ltd. (collectively "Garmin") hereby jointly stipulate and respectfully request that the Court extend some of the deadlines previously included in the Court's Original Scheduling Order as set forth in the table below. While the parties have been working to complete fact discovery, the realities of client and attorney schedules in a work-from home situation, and the need to schedule remote depositions across multiple time zones, have complicated those efforts. Even so, the parties are proposing a limited extension of time that would only affect the deadlines for the close of fact discovery, expert reports, expert discovery, and the filing of dispositive motions.

All other deadlines in the Court's original Scheduling Order of January 8, 2020 (Dkt. 51) would remain in place.

Additionally, and in the interests of streamlining and simplifying the case, the parties have also agreed to deadlines to narrow the dispute by limiting their infringement and invalidity contentions to a certain number of asserted claim and prior art references. Those deadlines have been included in the table below.

Accordingly, and for good cause shown, the parties respectfully request that the Court enter an amended scheduling order consistent with the below. A Proposed Order has been filed herewith.

| EVENT | OLD DATE | NEW PROPOSED DATE |
|---|---|---|
| Plaintiff to limit asserted patent claims to no more than 7 per patent and 20 total. | n/a | August 24, 2020 |
| Fact Discovery Cut-off | September 4, 2020 | September 18, 2020 |
| Defendants to limit asserted pieces of prior art (with any combination constituting one piece of prior art) to no more than 7 per patent and 30 total. | n/a | September 25, 2020 |
| Opening Expert Reports | September 25, 2020 | October 9, 2020 |

| Rebuttal Expert Reports | October 16, 2020 | October 30, 2020 |
| --- | --- | --- |
| Expert Discovery Cut-off | November 6, 2020 | November 13, 2020 |
| Dispositive Motion Filing Deadline | November 24, 2020 | December 4, 2020 |

Dated: August 7, 2020

**LAMKIN IP DEFENSE**

*/s/ Rachael D. Lamkin*
Rachael D. Lamkin (246066)
LAMKIN IP DEFENSE
One Harbor Drive, Suite 304
Sausalito, CA 94965
RDL@LamkinIPDefense.com
916.747.6091
*Attorney for Defendant*
*Garmin USA, Inc.*

Michelle L. Marriott (*pro hac vice*)
michelle.marriott@eriseip.com
Erise IP, P.A.
7015 College Blvd., Suite 700
Overland Park, KS 66211
(913) 777-5600 Telephone
(913) 777-5601 Facsimile

Respectfully submitted,

**FOLEY & LARDNER LLP**

*/s/ Jean-Paul Ciardullo*
Jean-Paul Ciardullo, CA Bar No. 284170
  jciardullo@foley.com
555 South Flower Street, Suite 3300
Los Angeles, CA 90071
Telephone:  213-972-4500
Facsimile:   213-486-0065

Eley O. Thompson (*pro hac vice*)
  ethompson@foley.com
321 N. Clark Street, Suite 2800
Chicago, IL 60654-5313
Telephone:  312-832-4359
Facsimile:   312-83204700

Lucas I. Silva (*pro hac vice*)
  lsilva@foley.com
Ruben J. Rodrigues (*pro hac vice*)
  rrodrigues@foley.com
111 Huntington Avenue, Suite 2500
Boston, MA 02199-7610
Telephone: (617) 342-4000
Facsimile: (617) 342-4001

*Attorneys for Plaintiff*
*Philips North America LLC*

    I certify that Rachael D. Lamkin authorized the electronic filing of this document.

    */s/ Jean-Paul Ciardullo*