JEAN-PAUL CIARDULLO, CA Bar No. 284170
    jciardullo@foley.com
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3300
Los Angeles, CA 90071
Telephone: 213-972-4500
Facsimile: 213-486-0065

ELEY O. THOMPSON (*pro hac vice*)
    ethompson@foley.com
FOLEY & LARDNER LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60654-5313
Telephone: 312-832-4359
Facsimile: 312-83204700

RUBEN J. RODRIGUES (*pro hac vice*)
    rrodrigues@foley.com
LUCAS I. SILVA (*pro hac vice*)
    lsilva@foley.com
JOHN W. CUSTER (*pro hac vice*)
    jcuster@foley.com
FOLEY & LARDNER LLP
111 Huntington Avenue, Suite 2500
Boston, MA 02199-7610
Telephone: (617) 342-4000
Facsimile: (617) 342-4001

*Attorneys for Plaintiff*
*Philips North America LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| Philips North America LLC,<br><br>　　　　*Plaintiff*,<br><br>　vs.<br><br>Garmin International, Inc. and Garmin Ltd.,<br><br>　　　　*Defendants*. | Case No. 2:19-cv-06301-AB-KS<br><br>**JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER**<br><br>Hon. André Birotte Jr. |

Plaintiff Philips North America LLC ("Philips") and Defendants Garmin International, Inc. and Garmin Ltd. (collectively "Garmin") hereby jointly stipulate and respectfully request that the Court extend certain deadlines in the Court's Scheduling Order as set forth in the table below.  While the parties have been working diligently to complete discovery, the realities of client, attorney, and expert witness schedules in a work-from home situation during the COVID-19 pandemic have complicated these efforts in ways that neither party would have anticipated when they jointly proposed the case schedule back in 2019.  The parties did recently request – and the Court granted – a brief extension of certain discovery deadlines, but the parties have now agreed and stipulated that modest further extensions are in order.

Each party has several reasons for requesting additional time, but in general terms both parties agree that in order to more properly develop the record in discovery, more time is needed to (1) coordinate expert witness schedules and complete expert reports, (2) avoid unnecessary haste and scheduling complications in completing depositions, and (3) accommodate these modest extensions by allowing corresponding additional time for later case deadlines (while also avoiding unnecessary deadlines over the December holidays).

The parties note that in the interests of streamlining and simplifying the case, they previously agreed to narrow the dispute by limiting their infringement and invalidity contentions to a certain number of asserted claim and prior art references.  Those deadlines are included in the table below.

The parties are also of the understanding that, due to the unexpected COVID-19 pandemic, the original trial date contemplated by the parties and the Court many months ago is unlikely to proceed.  Given that, the modest extension of time requested by the parties is well advised in order to more fully develop the record.

Below is a table setting forth the parties proposed modifications to the case schedule.  A Proposed Order has also been filed herewith, and the parties respectfully request that the Court grant that order.

| Event | Previous Deadline (Dkt. 90) | Proposed Deadline |
|---|---|---|
| **Fact Discovery.** | | |
| Close of fact discovery | September 18, 2020 | unchanged |
| Garmin Limit to Prior Art | September 25, 2020 | October 9, 2020 |
| **Expert Discovery.** | | |
| Opening expert reports | October 9, 2020 | December 8, 2020 |
| Rebuttal expert reports | October 30, 2020 | January 26, 2020 |
| Close of expert discovery | November 13, 2020 | February 12, 2021 |
| Dispositive Motion Filing Deadline | December 4, 2020 | February 25, 2021 |
| Oppositions to Dispositive Motions | December 11, 2020 | March 11, 2021 |
| Replies on Dispositive Motions | December 18, 2020 | March 26, 2021 |
| Hearing on Dispositive Motions | January 8, 2021 | April 8, 2021 (or at the Court's availability) |
| **First Round of Pre-Trial Filings Due** | February 5, 2021 | To be set by Court |
| **Second Round of Pre-Trial Filings Due** | February 26, 2021 | To be set by Court |

Dated: September 15, 2020

**LAMKIN IP DEFENSE**

*/s/ Rachael D. Lamkin*
Rachael D. Lamkin (246066)
LAMKIN IP DEFENSE
One Harbor Drive, Suite 304
Sausalito, CA 94965
RDL@LamkinIPDefense.com
916.747.6091
*Attorney for Defendant*
*Garmin USA, Inc.*

Michelle L. Marriott (*pro hac vice*)
michelle.marriott@eriseip.com
Erise IP, P.A.
7015 College Blvd., Suite 700
Overland Park, KS 66211
(913) 777-5600 Telephone
(913) 777-5601 Facsimile

Respectfully submitted,

**FOLEY & LARDNER LLP**

*/s/ Jean-Paul Ciardullo*
Jean-Paul Ciardullo, CA Bar No. 284170
    jciardullo@foley.com
555 South Flower Street, Suite 3300
Los Angeles, CA 90071
Telephone:  213-972-4500
Facsimile:    213-486-0065

Eley O. Thompson (*pro hac vice*)
    ethompson@foley.com
321 N. Clark Street, Suite 2800
Chicago, IL 60654-5313
Telephone:  312-832-4359
Facsimile:    312-83204700

Lucas I. Silva (*pro hac vice*)
    lsilva@foley.com
Ruben J. Rodrigues (*pro hac vice*)
    rrodrigues@foley.com
111 Huntington Avenue, Suite 2500
Boston, MA 02199-7610
Telephone: (617) 342-4000
Facsimile: (617) 342-4001

*Attorneys for Plaintiff*
*Philips North America LLC*

I certify that Rachael D. Lamkin authorized the electronic filing of this document.

*/s/ Jean-Paul Ciardullo*