JEAN-PAUL CIARDULLO, CA Bar No. 284170
    jciardullo@foley.com
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3300
Los Angeles, CA 90071
Telephone: 213-972-4500
Facsimile: 213-486-0065

ELEY O. THOMPSON (*pro hac vice*)
    ethompson@foley.com
FOLEY & LARDNER LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60654-5313
Telephone: 312-832-4359
Facsimile: 312-83204700

RUBEN J. RODRIGUES (*pro hac vice*)
    rrodrigues@foley.com
LUCAS I. SILVA (*pro hac vice*)
    lsilva@foley.com
JOHN W. CUSTER (*pro hac vice*)
    jcuster@foley.com
FOLEY & LARDNER LLP
111 Huntington Avenue, Suite 2500
Boston, MA 02199-7610
Telephone: (617) 342-4000
Facsimile: (617) 342-4001

*Attorneys for Plaintiff*
*Philips North America LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Philips North America LLC,<br><br>   *Plaintiff*,<br><br> vs.<br><br>Garmin International, Inc. and Garmin Ltd.,<br><br>   *Defendants*. | Case No. 2:19-cv-06301-AB-KS<br><br>**JOINT STIPULATION TO RE-SET HEARING DATE FOR PLAINTIFF'S RULE 54(b) MOTION TO DECEMBER 11, 2020**<br><br>Hon. André Birotte Jr. |

1  Plaintiff Philips North America LLC ("Philips") and Defendants Garmin International, Inc. and Garmin Ltd. (collectively "Garmin") hereby jointly stipulate and respectfully request that the hearing date for Philips's Rule 54(b) Motion (Dkt. 110) be re-set from December 4, 2020 to **December 11, 2020**, and that parties' briefing schedule be keyed off that date.  For its part, Philips here states that it makes this stipulation in the interests of professional cooperation and that it does not waive any argument concerning the need to timely resolve the Motion.  The proposed scheduling change does not affect any other deadlines in the case.

| | | |
|---|---|---|
|1| Dated: November 6, 2020 | Respectfully submitted, |
|2| **LAMKIN IP DEFENSE** | **FOLEY & LARDNER LLP** |

Dated: November 6, 2020

**LAMKIN IP DEFENSE**

*/s/ Rachael D. Lamkin*
Rachael D. Lamkin (246066)
LAMKIN IP DEFENSE
One Harbor Drive, Suite 304
Sausalito, CA 94965
RDL@LamkinIPDefense.com
916.747.6091
*Attorney for Defendant*
*Garmin USA, Inc.*

Michelle L. Marriott (*pro hac vice*)
michelle.marriott@eriseip.com
Erise IP, P.A.
7015 College Blvd., Suite 700
Overland Park, KS 66211
(913) 777-5600 Telephone
(913) 777-5601 Facsimile

Respectfully submitted,

**FOLEY & LARDNER LLP**

*/s/ Jean-Paul Ciardullo*
Jean-Paul Ciardullo, CA Bar No. 284170
   jciardullo@foley.com
555 South Flower Street, Suite 3300
Los Angeles, CA 90071
Telephone:  213-972-4500
Facsimile:    213-486-0065

Eley O. Thompson (*pro hac vice*)
   ethompson@foley.com
321 N. Clark Street, Suite 2800
Chicago, IL 60654-5313
Telephone:  312-832-4359
Facsimile:    312-83204700

Lucas I. Silva (*pro hac vice*)
   lsilva@foley.com
Ruben J. Rodrigues (*pro hac vice*)
   rrodrigues@foley.com
111 Huntington Avenue, Suite 2500
Boston, MA 02199-7610
Telephone: (617) 342-4000
Facsimile: (617) 342-4001

*Attorneys for Plaintiff*
*Philips North America LLC*

   I certify that Rachael D. Lamkin authorized the electronic filing of this document.

   */s/ Jean-Paul Ciardullo*