JEAN-PAUL CIARDULLO, CA Bar No. 284170
  jciardullo@foley.com
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3300
Los Angeles, CA 90071
Telephone: 213-972-4500
Facsimile: 213-486-0065

ELEY O. THOMPSON (*pro hac vice*)
  ethompson@foley.com
FOLEY & LARDNER LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60654-5313
Telephone: 312-832-4359
Facsimile: 312-83204700

RUBEN J. RODRIGUES (*pro hac vice*)
  rrodrigues@foley.com
LUCAS I. SILVA (*pro hac vice*)
  lsilva@foley.com
JOHN W. CUSTER (*pro hac vice*)
  jcuster@foley.com
FOLEY & LARDNER LLP
111 Huntington Avenue, Suite 2500
Boston, MA 02199-7610
Telephone: (617) 342-4000
Facsimile: (617) 342-4001

*Attorneys for Plaintiff*
*Philips North America LLC*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| Philips North America LLC,<br><br>   *Plaintiff*,<br><br>vs.<br><br>Garmin International, Inc. Garmin USA, Inc. and Garmin Ltd.,<br><br>   *Defendants*. | Case No. 2:19-cv-06301-AB-KS<br><br>**NOTICE OF ERRATA REGARDING DKT. 116 (UPDATED BRIEF ATTACHED)** |

Following discussion with counsel for Defendants concerning their prior art election in this case, Plaintiff Philips North America LLC hereby attaches a replacement version of its Reply brief at Dkt. 116 that is the same as the originally filed document except that it changes the sentence at page 6, lines 13-15 to now read: "As an initial matter, Philips notes that Garmin has asserted the Marathon Man reference against the '377 Patent and the '007 but not the '233 or '542 Patents."

Please use the attached replacement version rather than the document at Dkt. 116.

DATED: December 7, 2020                **FOLEY & LARDNER LLP**

*/s/ Jean-Paul Ciardullo*
Jean-Paul Ciardullo
Eley O. Thompson
Ruben J. Rodrigues
Lucas I. Silva
John W. Custer
*Attorneys for Philips North America, LLC*