JEAN-PAUL CIARDULLO, CA Bar No. 284170
   jciardullo@foley.com
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3300
Los Angeles, CA 90071
Telephone: 213-972-4500
Facsimile: 213-486-0065

ELEY O. THOMPSON (*pro hac vice*)
   ethompson@foley.com
FOLEY & LARDNER LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60654-5313
Telephone: 312-832-4359
Facsimile: 312-83204700

RUBEN J. RODRIGUES (*pro hac vice*)
   rrodrigues@foley.com
LUCAS I. SILVA (*pro hac vice*)
   lsilva@foley.com
JOHN W. CUSTER (*pro hac vice*)
   jcuster@foley.com
FOLEY & LARDNER LLP
111 Huntington Avenue, Suite 2500
Boston, MA 02199-7610
Telephone: (617) 342-4000
Facsimile: (617) 342-4001

*Attorneys for Plaintiff*
*Philips North America LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| Philips North America LLC,<br><br>    *Plaintiff*,<br><br>vs.<br><br>Garmin International, Inc. Garmin USA, Inc. and Garmin Ltd.,<br><br>    *Defendants*. | Case No. 2:19-cv-06301-AB-KS<br><br>**PHILIPS NORTH AMERICA LLC'S NOTICE OF MOTION AND UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT TO WITHDRAW COUNTS IV AND V**<br><br>Date: February 26, 2021<br>Time: 10:00AM PT<br>Crtrm: 7B (350 West First Street)<br>Judge: Hon. Andre Biorette Jr. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on February 26, 2021 at 10:00AM PT, or as soon thereafter as the matter may be heard before Honorable André Birotte Jr., in Courtroom 7B of the United States District Court, Central District of California, located at 350 West First Street, Los Angeles, CA 90012, Plaintiff Philips North America LLC ("Philips") will, and hereby does, respectfully move unopposed under Fed. R. Civ. P 15(a)(2) and 16(b)(4) for leave to amend its First Amended Complaint to withdraw all allegations of infringement of U.S. Patent Nos. 6,976,958 ("the '958 patent") and 9,314,192 ("the '192 Patent").  Attached as **Exhibit A** is a copy of Philips's Proposed Second Amended Complaint.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the pleadings and papers on file in this action, and on such other and further evidence as may properly be before this Court at the hearing on the Motion.

This Motion is made following several conferences with defense counsel, and the Motion is unopposed by Defendants.

DATED: January 27, 2021        **FOLEY & LARDNER LLP**

*/s/ Jean-Paul Ciardullo*
Jean-Paul Ciardullo
Eley O. Thompson
Ruben J. Rodrigues
Lucas I. Silva
John W. Custer
*Attorneys for Philips North America, LLC*

## MEMORANDUM

Plaintiff Philips North American LLC ("Philips") respectfully moves the Court under Fed. R. Civ. P 15(a)(2) and 16(b)(4) for leave to amend its First Amended Complaint to withdraw all allegations of infringement of U.S. Patent Nos. 6,976,958 ("the '958 patent") and 9,314,192 ("the '192 Patent"). Attached as **Exhibit A** is a copy of Philips's Proposed Second Amended Complaint. The only change between Philips's Second Amended Complaint and Philips's Proposed Second Amended Complaint is that all references to the '958 Patent and '192 Patent have been removed.

With regards to the '958 Patent, on August 10, 2020 Philips filed a disclaimer of all the asserted claims of the '958 patent with the U.S. Patent and Trademark Office. (See **Exhibit B**.) As a result of this disclaimer, those claims can therefore no longer be asserted against Fitbit or any other parties. Accordingly, good cause exists to allow the requested amendment.

With regards to the '192 Patent, the parties have reached an agreement to narrow the scope of this dispute and remove claims related to the '192 Patent from dispute. As part of that agreement, **Philips, on behalf of itself and any successors-in-interest, agrees to hereby unconditionally and irrevocably covenant not to sue, or otherwise assert claims, of the '192 Patent against any Garmin products for past, present, and future infringement as those products existed on December 1, 2020.**

Counsel for Philips has conferred with counsel for Garmin with respect to the relief requested in this Motion and counsel for Garmin has confirmed that they do not oppose the relief requested in this Motion.

| | |
|---|---|
| DATED:  January 27, 2021 | **FOLEY & LARDNER LLP** |
| | _/s/ Jean-Paul Ciardullo_ |
| | Jean-Paul Ciardullo |
| | Eley O. Thompson |
| | Ruben J. Rodrigues |
| | Lucas I. Silva |
| | John W. Custer |
| | *Attorneys for Philips North America, LLC* |