JEAN-PAUL CIARDULLO, CA Bar No. 284170
  jciardullo@foley.com
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3300
Los Angeles, CA 90071
Telephone:  213-972-4500
Facsimile:   213-486-0065

ELEY O. THOMPSON (*pro hac vice*)
  ethompson@foley.com
FOLEY & LARDNER LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60654-5313
Telephone:  312-832-4359
Facsimile:   312-83204700

RUBEN J. RODRIGUES (*pro hac vice*)
  rrodrigues@foley.com
LUCAS I. SILVA (*pro hac vice*)
  lsilva@foley.com
JOHN W. CUSTER (*pro hac vice*)
  jcuster@foley.com
FOLEY & LARDNER LLP
111 Huntington Avenue, Suite 2500
Boston, MA 02199-7610
Telephone: (617) 342-4000
Facsimile: (617) 342-4001

*Attorneys for Plaintiff*
*Philips North America LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| Philips North America LLC,<br><br>  *Plaintiff*,<br><br>  vs.<br><br>Garmin International, Inc. and Garmin Ltd.,<br><br>  *Defendants*. | Case No. 2:19-cv-06301-AB-KS<br><br>**JOINT STIPULATION ON CASE MANAGEMENT AND ENTRY OF FINAL JUDGMENT**<br><br>Hon. André Birotte Jr. |

Plaintiff Philips North America LLC ("Philips") and Defendants Garmin International, Inc. and Garmin Ltd. (collectively "Garmin") hereby jointly stipulate and respectfully request that the Court enter an order on case management, and enter Final Judgment, as set forth below and in the attached proposed order.

Philips filed this case on July 22, 2019. (Dkt. 1.) Philips's operative Second Amended Complaint asserts patent infringement claims as to U.S. Patent No. 6,013,007 ("the '007 patent"), U.S. Patent No. 7,088,233 ("the '233 patent"); U.S. Patent No. 8,277,377 ("the '377 patent") and U.S. Patent No. 9,801,542 ("the '542 patent") (collectively "Patents-in-Suit"). (Dkt. 126.)

Garmin asserts various defenses to Philips's claims, along with Counterclaims for invalidity of all of the Patents-in-Suit. (Dkt. 128.)

As to the '007 Patent, the Court's August 28, 2020 Claim Construction Order (Dkt. 102) found the asserted claims of that patent invalid for indefiniteness. Philips moved under Rule 54(b) for entry of an appealable order on the '007 Patent. (Dkt. 110.) Garmin opposed. (Dkt. 113.) The Court denied the motion, ordering that the '007 Patent should remain part of the same case as the rest of the Patents-in-Suit. (Dkt. 118).

As to the '233 Patent, the Court initially stayed all litigation pending an *Inter Partes* Review proceeding. (Dkt. 125.) Subsequently, in view of the appeal of the IPR decision, the Court entered an order staying adjudication of the '233 Patent, while proceeding with litigation as to the '377 Patent and '542 Patent. (Dkt. 133.) The appeal of the '233 Patent IPR remains pending as of the time of this writing, and is expected to take a year or more to resolve.

Summary judgment motions followed as to the '377 Patent and '542 Patent.

As to the '542 Patent, the Court granted summary judgment that the '542 Patent is invalid, while denying summary judgment as to non-infringement. (Dkt. 164.)

As to the '377 Patent, the Court granted summary judgment of non-infringement, but denied summary judgment of invalidity. (Dkt. 164.)

In sum, there are two items that remain unresolved that preclude entry of a final judgment in this action: (a) the '233 Patent claims, which are currently stayed and are likely to remain so

for a year or more, and (b) Garmin's Counterclaims for invalidity of the '377 Patent.

The Parties have conferred and now jointly and respectfully request as follows:

(1) That the Court sever the '233 Patent claims and allow them to remain stayed for the time being.

(2) That the Court enter a dismissal without prejudice of Garmin's Counterclaims for Invalidity of the '377 Patent. *See Nystrom v. Trex Co., Inc.*, 339 F.3d 1347, 1350-51 (Fed. Cir. 2003) (explaining that where an invalidity counterclaim remains after entry of summary judgment of non-infringement, the district court may dismiss the invalidity counterclaims without prejudice).

(3) That the Court enter an appealable Final Judgment as to the '007 Patent, the '377 Patent, and the '542 Patent.

(4) That the Court maintain a stay on all further proceedings until it can be ascertained whether (a) the '233 Patent Claims will survive, and (b) whether there will be a remand as to any of the other Patents-in-Suit. If both eventualities occur, the Parties request a joint trial on all remaining claims. Otherwise, the Parties request a trial on whatever claims remain, if any.

(5) Any bill of costs under Federal Rule of Civil Procedure 54(d) or motion for attorney's fees under Federal Rule of Civil Procedure 54(d) shall be deferred until all currently pending appeals relating to this litigation, or appeals based on the current record in this matter, have been concluded.  If Plaintiff does not file an appeal in this litigation, any deadline for filing such motions orbill of costs , shall be extended to 45 days after the deadline for Plaintiff to file a Notice of Appeal has lapsed.  On the foregoing basis, neither party will oppose any such motion on the basis of timeliness.

A Proposed Order is filed herewith.

| | |
|---|---|
| Dated: August 30, 2022 | Respectfully submitted, |
| **LAMKIN IP DEFENSE** | **FOLEY & LARDNER LLP** |
| */s/ Rachael D. Lamkin* <br> Rachael D. Lamkin (246066) <br> LAMKIN IP DEFENSE <br> One Harbor Drive, Suite 304 <br> Sausalito, CA 94965 <br> RDL@LamkinIPDefense.com <br> 916.747.6091 <br> *Attorney for Defendant* <br> *Garmin USA, Inc.* <br><br> Michelle L. Marriott (*pro hac vice*) <br> michelle.marriott@eriseip.com <br> Erise IP, P.A. <br> 7015 College Blvd., Suite 700 <br> Overland Park, KS 66211 <br> (913) 777-5600 Telephone <br> (913) 777-5601 Facsimile | */s/ Jean-Paul Ciardullo* <br> Jean-Paul Ciardullo, CA Bar No. 284170 <br>   jciardullo@foley.com <br> 555 South Flower Street, Suite 3300 <br> Los Angeles, CA 90071 <br> Telephone:  213-972-4500 <br> Facsimile:   213-486-0065 <br><br> Eley O. Thompson (*pro hac vice*) <br>   ethompson@foley.com <br> 321 N. Clark Street, Suite 2800 <br> Chicago, IL 60654-5313 <br> Telephone:  312-832-4359 <br> Facsimile:   312-83204700 <br><br> Lucas I. Silva (*pro hac vice*) <br>   lsilva@foley.com <br> Ruben J. Rodrigues (*pro hac vice*) <br>   rrodrigues@foley.com <br> 111 Huntington Avenue, Suite 2500 <br> Boston, MA 02199-7610 <br> Telephone: (617) 342-4000 <br> Facsimile: (617) 342-4001 <br><br> *Attorneys for Plaintiff* <br> *Philips North America LLC* |

I certify that Rachael D. Lamkin authorized the electronic filing of this document.

*/s/ Jean-Paul Ciardullo*